# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY CORREA,

    Plaintiff,

v.

OFFICER KYLE BOOTH, et al.,

    Defendants.

Case No. 2:24-cv-02409-JAD-NJK

**Order**

[Docket No. 11]

Pending before the Court is a stipulation to exchange discovery documents by electronic means. Docket No. 11. Unless doing so interferes with Court deadlines or proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining judicial approval. Fed. R. Civ. P. 29; *see also Comminey v. Sam's W. Inc.*, 2020 WL 2764610, *1 (D. Nev. May 27, 2020). The pending stipulation fails to explain why Court approval is necessary in this instance. Accordingly, the stipulation is **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: February 13, 2025

                                                            _____

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge