1

**Marquis Aurbach**
Craig R. Anderson, Esq.
2   Nevada Bar No. 6882
10001 Park Run Drive
3   Las Vegas, Nevada 89145
Telephone: (702) 382-0711
4   Facsimile: (702) 382-5816
canderson@maclaw.com
5   Attorneys for Defendants Ofc. Booth, Ofc. Garcia, Ofc. Cabrera and LVMPD

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8   ANTHONY CORREA, an individual,              Case Number: 2:24-cv-02409-JAD-NJK

9                    Plaintiff,

10      vs.                                      **STIPULATION AND ORDER TO
                                                DISMISS WITH PREJUDICE**
11  OFFICER KYLE BOOTH, an individual;
    OFFICER GEORGE GARCIA, an individual;
12  OFFICER ANTONIO CABRERA, an
    individual; LAS VEGAS METROPOLITAN
13  POLICE DEPARTMENT, a political
    subdivision; DOES 1 through 10 and ROE
14  CORPORATIONS 1 through 10, inclusive,

15                   Defendants.

16

17      IT IS HEREBY STIPULATED between Plaintiff Anthony Correa ("Plaintiff"), by

18  and through his counsel of record, Lagomarsino Law and Defendants Ofc. Kyle Booth, Ofc.

19  George Garcia, Ofc. Antonio Cabrera and Las Vegas Metropolitan Police Department

20  ("LVMPD") ("LVMPD Defendants"), by and through their counsel of record, Marquis

21  Aurbach, that the above-referenced matter be dismissed with prejudice; and

22      /// /

23

24      /// /

25

26      /// /

27

28

Page 1 of 2

MAC: 14687-502 (#5991062.1) 8/7/2025 9:12 AM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1       IT IS FURTHER STIPULATED that all parties bear their own attorney fees and

2  costs.

3       IT IS SO STIPULATED this ____ day of August, 2025.

4       MARQUIS AURBACH       LAGOMARSINO LAW

By: *s/Craig R. Anderson*      By: _____
    Craig R. Anderson, Esq.      Andre M. Lagomarsino, Esq.
    Nevada Bar No. 6882       Nevada Bar No. 6711
    10001 Park Run Drive      Cristina P. Valentine, Esq.
    Las Vegas, Nevada 89145    Nevada Bar No. 16440
    Attorney for Defendants     3005 W. Horizon Ridge Pkwy., #241
                         Henderson, Nevada 89052
                         Attorneys for Plaintiff

## ORDER

       Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

               _____
       U.S. District Judge Jennifer A. Dorsey
       Dated: August 8, 2025

*MARQUIS AURBACH*
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-502 (#5991062.1) 8/7/2025 9:12 AM